JUDGE CHIN

UNITED STATES DISTRICT COURT    07 CV    5743
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!   JUN 18 2007
LAUNDRY, DRY CLEANING WORKERS AND                NO:
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!
Petitioners,

and

MIRON & SONS LINEN, INC.,
Respondent.

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable
judges and magistrates of the court to evaluate possible disqualification or recusal,
the undersigned attorney of record for the <u>Laundry, Dry Cleaning Workers and Allied
Industries Health Fund, UNITE HERE! Laundry, Dry Cleaning Workers and Allied Industries
Retirement Fund, UNITE HERE!</u> certifies that other than UNITE Fund Administrators, Inc.,
the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE!
Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! has
no corporate parents, subsidiaries or affiliates.

_____          _____
June 14, 2007                        Mark Schwartz, Esq. MS-0148
Date