UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!
LAUNDRY, DRY CLEANING WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

MIRON & SONS LINEN, INC.,
Respondent.

NOTICE OF PETITION

07 CIV. 5743 (DC)

Sir(s):

**PLEASE TAKE NOTICE**, that upon the annexed Petition of Mark Schwartz, Esq. signed on the 14th day of June 2007, the undersigned will Petition this court, before the Honorable Denny Chin, on the ___ day of _____ 2007, at ____ A.M./P.M., of that day, or as soon thereafter as counsel may be heard, for an order confirming the arbitration award of Philip Ross dated, January 29, 2007, and granting the Petitioners an order and judgment ordering Respondent to produce and make available for review by the petitioners during normal business hours copies of all payroll records for the period from 01/01/02 through present, including but not limited to social security quarterly reports, weekly payroll journals, state employment insurance records, cash disbursements book, quarterly reports and any other books or records which are required to determine if all covered employees are being paid proper wage rates; if all employees are being paid for all contractual holidays, vacation and sick days; if contractual wage increases are paid in a timely fashion and if contributions are made to the Health, Pension and Legal Services Fund to determine Respondent's liability to the Petitioners through the date of hearing.

Dated: June 21, 2007
       New York, New York

Yours, etc.

_____
Mark Schwartz, Esq. MS-0148
Attorney for Petitioners
730 Broadway, 10th Floor
New York, New York 10003
(212) 539-5275

To:   Miron & Sons Linen, Inc.
      310 Walton Avenue
      Bronx, New York 10451