UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND ALLIED
INDUSTRIES HEALTH FUND, UNITE HERE!
LAUNDRY, DRY CLEANING WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

MIRON & SONS LINEN, INC.,
Respondent.

AFFIDAVIT OF SERVICE
07 CIV. 5743 (DC)

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

Evelyn Soto, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11215.

2. On June 21, 2007, I served the Respondent herein with a copy of the Petition to Confirm Arbitration Award by delivering a true copy of said Motion papers in an envelope addressed to the Respondent at 310 Walton Avenue, Bronx, New York 10451 into the custody of the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7942 6436 and regular mail.

_____
Evelyn Soto

Sworn to, before me, this
21st day of June 2007.

_____
ANNIE ELIZABETH HABEEB
Notary Public, State of New York
No. 01HA6150367
Qualified in Suff... ...ty,
Commission... 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

MIRON & SONS LINEN, INC.,
Respondent.

AFFIDAVIT OF SERVICE
07 CIV. 5743 (DC)

---

STATE OF NEW YORK   )
                    ) ss.
COUNTY OF NEW YORK  )

Evelyn Soto, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11215.

2. On June 21, 2007, I served the Respondent herein with a copy of the Notice of Petition dated June 21, 2007 by delivering a true copy of said Motion papers in an envelope addressed to the Respondent at 310 Walton Avenue, Bronx, New York 10451 into the custody of the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7942 6436 and regular mail.

_____
Evelyn Soto

Sworn to, before me, this
21st day of June 2007.

_____
ANNIE ELIZABETH HABEEB
Notary Public, State of New York
No. 01HA6150367
Qualified in Suffolk County,
Commission Expires 2010