UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND ALLIED
INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND, UNITE HERE!
    Petitioners,

and

MIRON & SONS LINEN, INC.,
    Respondent.

NOTICE OF DISMISSAL
PURSUANT TO RULE 41(a)

07 CIV. 5743 (DC)

SIRS:

**PLEASE TAKE NOTICE** that The Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! (hereinafter, the "Petitioners"), having commenced the within action by filing the Notice of Petition to Confirm Arbitration Award on June 18, 2007 and a copy of the Petition having been served on Miron & Sons Linen, Inc. (hereinafter, the "Respondent"), and no answer or motion for Summary Judgment having been served by the Respondent and it being the Petitioners' intention to voluntarily dismiss this action without prejudice;

**THEREFORE**, pursuant to the provisions of Rule 41 (a) of the Federal Rules of Civil Procedure, the within action is hereby voluntarily dismissed without prejudice.

Dated: August 6, 2007
    New York, New York

*Mark Schwartz /DS*
Mark Schwartz, MS-0148
Attorney for Petitioners
730 Broadway, 10th Floor
New York, New York 10003-9511
(212) 539-5275

SO ORDERED:

*[signature]*
Denny Chin
U.S. District Court Judge    8/7/07